

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00194-CV

**DTND SIERRA INVESTMENTS, LLC**,
Appellant

v.

**COMPASS BANK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18326
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice


Appellant's request for oral argument is hereby DENIED.


It is so **ORDERED** on November 14, 2014.


                                                      PER CURIAM

ATTESTED TO: _____
              Keith E. Hottle
              Clerk of Court